UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVGENY EPIKHIN and DMITRI REDLIKH,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAME INSIGHT NORTH AMERICA, et al.,<br><br>   Defendants. | Case No.: 14-CV-04383-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Shannon Gallagher
Distributor Defendants' Attorney: Jeffrey T. Norberg

   An initial case management conference was held on March 18, 2015. A further case management conference is set for May 14, 2015, at 1:30 p.m. The parties shall file their joint case management statement by May 7, 2015.

   The parties were referred to Court-sponsored mediation with a deadline of August 28, 2015.

   The Court switched the hearing dates on the pending motions. Distributor Defendants' motion to disqualify Plaintiffs' counsel will now be heard on May 14, 2015, at 1:30 p.m. Distributor Defendants' motion to dismiss will now be heard on June 11, 2015, at 1:30 p.m.

   The Court stayed discovery until May 14, 2015, when Distributor Defendants' motion to disqualify Plaintiffs' counsel will be heard.

1

Case No.: 14-CV-04383-LHK
CASE MANAGEMENT ORDER

1   **IT IS SO ORDERED.**

3   Dated: March 18, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04383-LHK
CASE MANAGEMENT ORDER