UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVGENY EPIKHIN and DMITRI REDLIKH,<br><br>         Plaintiffs,<br><br>    v.<br><br>GAME INSIGHT NORTH AMERICA, et al.,<br><br>         Defendants. | Case No.: 14-CV-04383-LHK<br><br>**ORDER RE JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Court's March 18, 2015 case management order, the parties are to file a joint case management statement by May 7, 2015.  *See* ECF No. 33.  In that joint case management statement, the parties shall address whether the Court should proceed to rule on Distributor Defendants' pending motion to dismiss (ECF No. 16) if the Court were to grant Distributor Defendants' pending motion to disqualify Plaintiffs' counsel (ECF No. 25).

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-04383-LHK
ORDER RE JOINT CASE MANAGEMENT STATEMENT