UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVGENY EPIKHIN and DMITRI REDLIKH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAME INSIGHT NORTH AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 14-CV-04383-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Jessica Taran
Plaintiffs' Disqualified Attorney: Shannon Gallagher (by phone)
Defendants' Attorney: Jeffrey Norberg

　　　A case management conference was held on June 11, 2015. A further case management conference was set for July 29, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 22, 2015.

　　　Out of an abundance of caution, Plaintiffs' former counsel, Ms. Gallagher, whom the Court disqualified on Game Garden's motion on May 12, 2015, *see* ECF No. 45, has not transferred any documents from her case file to Plaintiffs' new counsel, Ms. Taran. Accordingly, the Court hereby ORDERS all parties to file a joint stipulation by July 2, 2015, setting forth what documents have been transferred from Ms. Gallagher's case file to Ms. Taran. As soon as there is agreement on any documents, those documents shall be transferred to Ms. Taran. If there are any disputed documents, the parties should so indicate in their stipulation and provide explanations for their competing positions.

1

Case No. 14-CV-04383-LHK
CASE MANAGEMENT ORDER

By June 12, 2015, the parties shall file a joint mediation status report indicating the date of their upcoming mediation with Mr. Frankel.

The Court also set the following case schedule:

DEADLINE FOR PLAINTIFFS TO FILE AMENDED COMPLAINT: July 1, 2015

DEADLINE TO COMPLETE MEDIATION: August 28, 2015

DEADLINE TO FILE MOTION TO AMEND PLEADINGS/ADD PARTIES: October 29, 2015

FACT DISCOVERY CUTOFF: February 5, 2016

EXPERT DISCOVERY:
    Opening Reports: March 4, 2016
    Rebuttal Reports: April 1, 2016
    Close of Expert Discovery: April 22, 2016

DISPOSITIVE MOTIONS shall be filed by May 13, 2016, and set for hearing no later than June 30, 2016, at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: September 1, 2016, at 1:30 p.m.

BENCH TRIAL: September 19, 2016, at 9:00 a.m.  Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: June 11, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-04383-LHK
CASE MANAGEMENT ORDER

2