UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIKHIN EVGENY, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>GAME INSIGHT NORTH AMERICA, et al.,<br><br>  Defendants. | Case No. 14-cv-04383-LHK   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  August 6, 2015<br>Mediator:  Simon Frankel |

IT IS HEREBY ORDERED that the request to excuse both plaintiffs' and defendants' party representatives from appearing in person at the August 6, 2015, mediation before Simon Frankel is GRANTED.  Defendants Game Insight North America, Inc., Cooper Media d/b/a GIGL and Cooper Media d/b/a Game Insight are excused from appearing in person at the mediation and may participate telephonically.  All other parties shall make arrangements with the mediator's office for their party representatives to participate by videoconference.

**IT IS SO ORDERED**.

Dated: July 24, 2015

Maria-Elena James
United States Magistrate Judge