JESSICA TARAN, ESQ. (BAR NO. 224025)
VAKSMAN LAW OFFICES, P.C.
875 MAHLER ROAD, SUITE 253
BURLINGAME, CA 94010
(877)744-4774; (877)888-3799
Jessica@vaksmanlaw.com

*Attorneys for Plaintiffs Evgeny Epikhin and
Dmitri Redlikh*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENY EPIKHIN, DMITRI REDLIKH, | Case No.: 14-CV-04383-LHK |
| Plaintiffs, | |
| v. | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND ~~PROPOSED~~ ORDER [N.D. Cal. Civ. L.R. 6.1 and 6.2]** |
| GAME INSIGHT NORTH AMERICA, INC., GAME INSIGHT GLOBAL LIMITED d/b/a GIGL, COOPER MEDIA CORP. d/b/a GAME INSIGHT, GAME GARDEN, LLC, FLY HIGH GAMES, YURY POMORTSEV, and DOES 1-20, | |
| Defendants; | |
| YURY POMORTSEV AND FLY HIGH GAMES, | |
| Counterclaimants | |
| v. | |
| EVGENY EPIKHIN and DMITRI REDLIK, | |
| Counterclaim Defendants. | |

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND ~~PROPOSED~~ ORDER [N.D. Cal. Civ. L.R. 6.1 and 6.2]

Case No. 14cv04383

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs/Counterclaim Defendants Evgeny Epikhin and Dmitri Redlikh (collectively "Plaintiffs") and Defendants  Game Insight North America, Inc., Game Insight Global Limited d/b/a GIGL, Cooper Media Corp. d/b/a Game Insight, Game Garden, LLC (collectively, "Distributor Defendants") and Defendants/Counterclaimants Yury Pomortsev ("Pomortsev") and Fly High Games ("FHG") (together with the Distributor Defendants, Pomortsev and FHG are "Defendants"), stipulate, and request the Court to enter the stipulation, as follows:

WHEREAS, on December 8, 2015, Defendants filed a Motion for Attorneys' Fees and Costs (the "Motion") [Docket No. 87];

WHEREAS, the hearing date of the Motion is March 3, 2016;

WHEREAS, in accordance with L.R. 7-3, the time for Plaintiffs to oppose the Motion is December 22, 2015;

WHEREAS, the parties agree that the time for Plaintiffs to file and serve an opposition to the Motion is extended until January 8, 2016, and the time for Defendants to file their reply is extended until January 22, 2016; and

WHEREAS, the extension of time will not alter the date of any event or any deadline already fixed by a Court Order.

NOW THEREFORE, pursuant to L.R. 6-1 and 6-2, it is hereby agreed and stipulated, by counsel for Plaintiffs and counsel for Defendants, that the time for Plaintiffs to file and serve an

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND ~~PROPOSED~~ ORDER [N.D. Cal. Civ. L.R. 6.1 and 6.2]

Case No. 14cv04383

opposition to the Motion is extended until January 8, 2016, and the time for Defendants to file their reply is extended until January 22, 2016.

Respectfully Submitted:


Dated: December 16, 2015          /s/ Jessica Taran
                                  _____
                                  Counsel for Plaintiffs/Counterclaim
                                  Defendants


Dated: December 16, 2015          /s/ Jeffrey T. Norberg
                                  _____
                                  Counsel for Defendants/Counterclaimants


## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, JESSICA TARAN, attest that concurrence in the filing of this document has been obtained.

Dated: December 16, 2015          /s/ Jessica Taran
                                  _____

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND ~~PROPOSED~~ ORDER [N.D. Cal. Civ. L.R. 6.1 and 6.2]

Case No. 14cv04383

3

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on December 16, 2015, with a copy of this document via the Court's CM/ECF system.

/s/ Jessica Taran

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND ~~PROPOSED~~ ORDER [N.D. Cal. Civ. L.R. 6.1 and 6.2]

Case No. 14cv04383

### [PROPOSED] ORDER

WHEREAS, Plaintiffs/Counterclaim Defendants Evgeny Epikhin and Dmitri Redlikh (collectively "Plaintiffs"), Defendants Game Insight North America, Inc., Game Insight Global Limited d/b/a GIGL, Cooper Media Corp. d/b/a Game Insight, Game Garden, LLC and Defendants/Counterclaimants Yury Pomortsev and Fly High Games have agreed and stipulated to an extension of Plaintiffs' deadline to oppose defendants' Motion for Attorneys' Fees and Costs [Docket No. 87].

IT IS ORDERED that Plaintiffs shall file their opposition to the Motion for Attorneys' Fees and Costs on or before January 8, 2016, and Defendants shall file their reply on or before January 22, 2016.

DATED: December 16, 2015

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND PROPOSED ORDER [N.D. Cal. Civ. L.R. 6.1 and 6.2]

Case No. 14cv04383